1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  (916) 554-2700
   (916) 448-2900 FAX

FILED

SEP 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) No.  **SEALED**
                                )
         Plaintiff,             )
                                )
    v.                          )
                                )
SEALED,                         )  2 08 - M - 3 3 1    EFB
                                )
         Defendant(s).          )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaints and the arrest warrants in the above-referenced case shall be sealed until execution of the arrest warrants.

Dated: 9-19-08

By: /s/ Edmund F. Brennan
~~GREGORY G. HOLLOWS~~ Edmund F. Brennan
United States Magistrate Judge