1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700





FILED

JAN 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )
                                     )   2:08-MJ-0331 EFB
12 |              Plaintiff,          )
                                     )
13 |      v.                         )   ORDER
                                     )
14 | CONSUELA STEWART,               )
                                     )
15 |              Defendant.         )
    _____      )

16

17        Petition having been made to the Court to unseal the above

18 named indictment and the Court having considered the petition and

19 finding good cause therefor;

20        IT IS HEREBY ORDERED that the indictment named above, the

21 Petition to Seal Indictment and Set Bail, and the Court's Order

22 sealing the indictment and setting bail be unsealed.

23 DATED: Jan. 14, 2009

24

25                                   GREGORY G. HOLLOWS

26                                   _____
                                     GREGORY G. HOLLOWS
                                     United States Magistrate

27

28

                                     3