```
LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CONSUELA STEWART,<br><br>  Defendant. | MJ. S-08-331 EFB<br><br>MOTION TO DISMISS COMPLAINT and ORDER DISMISSING COMPLAINT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against Consuela Stewart, filed on January 2, 2008, in Mag. No. 08-331 EFB. A determination has

///
///
///
///
///
///
///
///

been made based upon the facts currently available to the government not to proceed with this prosecution.

```
                                    Respectfully submitted,
                                    LAWRENCE G. BROWN W. SCOTT
                                    United States Attorney

                                    /s/ Kyle Reardon
Date: October 2, 2009          By:  KYLE REARDON
                                    Assistant U.S. Attorney

                                    Attorneys for the Plaintiff
                                    UNITED STATES OF AMERICA
```

**O R D E R**

APPROVED AND SO ORDERED:


Dated:  October 2, 2009.

_____
U.S. MAGISTRATE JUDGE

2