JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

Attorney for Defendant
CONSUELA STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08-331 EFB |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT'S REQUEST FOR THE RETURN OF UNITED STATES PASSPORT |
| CONSUELA STEWART, | |
| Defendant. | |

Pursuant to Order signed on October 2, 2009, dismissing the complaint against defendant, CONSUELA STEWART, defendant, by and through her undersigned counsel requests the Court to issue an order authorizing the release of her passport.

Dated: October 6, 2009                              Respectfully submitted,

                                                    By: __/s/  Joseph J. Wiseman__
                                                    JOSEPH J. WISEMAN
                                                    Attorney for Defendant

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant CONSUELA STEWART'S United States passport be returned to her forthwith.

DATED:  October 8, 2009.

_____
U.S. MAGISTRATE JUDGE

ORDER                                                                         Case No. CR S CR S 08-331 EFB